# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DIDIER, GRANT C. | § | Case No. 15-14825 |
| DIDIER, REBECCA S. | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/27/2015 . The undersigned trustee was appointed on 04/27/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 18,602.50 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 660.00 |
| Bank service fees | | 70.74 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 17,871.76 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/04/2015 and the deadline for filing governmental claims was 10/26/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,610.25 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,610.25 , for a total compensation of $ 2,610.25 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/08/2015                By: /s/Elizabeth C Berg, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1 - GRANT & REBECCA DIDIER**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 15-14825  DRC  Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | DIDIER, GRANT C. | Date Filed (f) or Converted (c): | 04/27/15 (f) |
|  | DIDIER, REBECCA S. | 341(a) Meeting Date: | 06/01/15 |
| For Period Ending: | 12/08/15 | Claims Bar Date: | 09/04/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 39 W. 891 Silver Glen Rd., Saint Charles | 380,000.00 | 0.00 |  | 0.00 | FA |
| 2. Two land locked stips of vacant land located on si | 100.00 | 100.00 |  | 0.00 | FA |
| 3. Cash on Hand | 10.00 | 0.00 |  | 0.00 | FA |
| 4. First American Bank checking account ending in #29 | 73.00 | 0.00 |  | 0.00 | FA |
| 5. First American Bank checking account ending in #27 | 217.00 | 0.00 |  | 0.00 | FA |
| 6. Household Goods and Furnishings | 2,000.00 | 0.00 |  | 0.00 | FA |
| 7. Misc. prints | 200.00 | 200.00 |  | 0.00 | FA |
| 8. Wearing Apparel | 1,000.00 | 0.00 |  | 0.00 | FA |
| 9. Costume jewelry, wedding bands | 500.00 | 0.00 |  | 0.00 | FA |
| 10. Hobby and musical equipment  3 guitars (10 years old and 40 years old), camping tent and bags, two 20 year old bikes, | 200.00 | 200.00 |  | 0.00 | FA |
| 11. 100% shares of Didier Development Inc.  Debtors former real estate development business which is now out of operation.  Corproation is the owner of certain rights to payment pursuant to a recapture agreement with the Downers Grove Sanitary | Unknown | 0.00 |  | 0.00 | FA |

FORM 1 - GRANT & REBECCA DIDIER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-14825 | DRC | Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | DIDIER, GRANT C. | | | | Date Filed (f) or Converted (c): | 04/27/15 (f) |
| | DIDIER, REBECCA S. | | | | 341(a) Meeting Date: | 06/01/15 |
| | | | | | Claims Bar Date: | 09/04/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| District dated 6/19/2008 providing for certain payments to the corporation upon sale of certain lots in Downers Grove, Il. The total possible payments owed to the corporation is $74,880. A second recapture agreement for different lots is in place with the Village of Lisle with a possilbe repayment to the corporation of $30,000. Debtors will provide copies of both to their Trustee. Trustee investigated corporation and determined corporation has no value. | | | | | |
| 12. Debtors are licensed real estate brokers. Real Estate Commissions Received Post-Petition - Trustee collected commission on those sales which were closed. 3 of 6 transactions fell through and did not close. | 30,798.75 | 25,598.75 | | 18,602.50 | FA |
| 13. 2002 Jeep Grand Cherokee 4wd with 143,000 miles | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. 2008 Toyota Camery LE with 93,300 miles | 6,550.00 | 0.00 | | 0.00 | FA |
| 15. Misc. office equipment Equipment used in Debtors' real estate business. | 1,500.00 | 0.00 | | 0.00 | FA |
| 16. TIMESHARE (u) 1/3 interest-Fox River Resort | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)      $424,148.75      $26,098.75      $18,602.50      Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

**FORM 1 - GRANT & REBECCA DIDIER**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: | 15-14825    DRC    Judge: DONALD R. CASSLING | Trustee Name:    Elizabeth C Berg, Trustee |
| Case Name: | DIDIER, GRANT C. | Date Filed (f) or Converted (c):    04/27/15 (f) |
| | DIDIER, REBECCA S. | 341(a) Meeting Date:    06/01/15 |
| | | Claims Bar Date:    09/04/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December, 2015: Trustee reviewed claims and prepared TFR.

October 9, 2015:  Trustee recovered $18,000 in post-petition real estate commissions and investigated potential interest

in future payments under recapture agreeement with local municipality. Determined insufficient to administer.  Trustee

will review claims and prepare TFR

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 12/31/15


        /s/    Elizabeth C Berg, Trustee
    _____ Date: 12/08/15
        ELIZABETH C BERG, TRUSTEE

FORM 2 -- GRANT & REBECCA DIDIER

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-14825 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | DIDIER, GRANT C. | | Bank Name: | Associated Bank |
| | DIDIER, REBECCA S. | | Account Number / CD #: | *******6468  Checking Account |
| Taxpayer ID No: | *******2093 | | | |
| For Period Ending: | 12/08/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/15 | 12 | FIRST AMERICAN BANK REMITTER: REBECCA S. DIDIER 700 BUSSE RD. ELK GROVE VILLAGE, IL 60007 | COMMISSIONS - REAL ESTATE | 1121-000 | 420.00 | | 420.00 |
| 06/04/15 | 12 | FIRST AMERICAN BANK REMITTER: REBECCA S. DIDIER 700 BUSSE RD. ELK GROVE VILLAGE, IL 60007 | COMMISSIONS - REAL ESTATE | 1121-000 | 10,050.00 | | 10,470.00 |
| 06/26/15 | 12 | FIRST AMERICAN BANK REMITTER: REBECCA S. DIDIER 700 BUSSE RD. ELK GROVE VILLAGE, IL 60007 | COMMISSIONS - REAL ESTATE | 1121-000 | 8,132.50 | | 18,602.50 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.52 | 18,586.98 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 27.63 | 18,559.35 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 27.59 | 18,531.76 |
| 11/05/15 | 001001 | United States Treasury Internal Revenue Service Center Cincinnati, OH 45999-0148 | Estate's Federal 1041 Tax Liability 2015 Federal Tax Due EIN: 47-7062093 2015 Form 1041 | 2810-000 | | 261.00 | 18,270.76 |
| 11/05/15 | 001002 | Illinois Department of Revenue | Estate's State 1041 Tax Liability | 2820-000 | | 399.00 | 17,871.76 |

Page Subtotals        18,602.50        730.74

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                                                                                                              Ver: 19.05

FORM 2 - GRANT & REBECCA DIDIER

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 15-14825 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | DIDIER, GRANT C. | | Bank Name: | Associated Bank |
| | DIDIER, REBECCA S. | | Account Number / CD #: | *******6468  Checking Account |
| Taxpayer ID No: | *******2093 | | | |
| For Period Ending: | 12/08/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 19053<br>Springfield  IL  62794-9053 | 2015 State Tax Due for Estate | | | | |

|  |  | COLUMN TOTALS | 18,602.50 | 730.74 | 17,871.76 |
|---|---|---|---|---|---|
|  |  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 18,602.50 | 730.74 | |
|  |  | Less:  Payments to Debtors | | 0.00 | |
|  |  | Net | 18,602.50 | 730.74 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********6468 | 18,602.50 | 730.74 | 17,871.76 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 18,602.50 | 730.74 | 17,871.76 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                                                Ver: 19.05

| Page 1 | | EXH. C - DIDIER<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 08, 2015 |

Case Number:   15-14825  
Debtor Name:   DIDIER, GRANT C.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $875.00 | $0.00 | $875.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $1,781.00 | $0.00 | $1,781.00 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $2,610.25 | $0.00 | $2,610.25 |
| 000004A<br>046<br>5800-00 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Priority | | $13,609.35 | $0.00 | $13,609.35 |
| 000008A<br>046<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $924.16 | $0.00 | $924.16 |
| 000001<br>070<br>7100-00 | Larry Holze<br>6 Sterling Cr. Apt. #110<br>Wheaton, IL 60189-8491 | Unsecured | | $520,000.00 | $0.00 | $520,000.00 |
| 000002<br>070<br>7100-00 | JWD Enterprises/James W. Didier<br>7N080 Ridge Line Rd.<br>St. Charles, IL 60175 | Unsecured | | $579,291.00 | $0.00 | $579,291.00 |
| 000003<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $14,571.68 | $0.00 | $14,571.68 |
| 000004B<br>080<br>7300-00 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured | | $1,660.81 | $0.00 | $1,660.81 |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A. by<br>American Infosource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $12,898.93 | $0.00 | $12,898.93 |
| 000006<br>070<br>7100-00 | Capital One Bank (USA), N.A. by<br>American Infosource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $19,614.27 | $0.00 | $19,614.27 |
| 000007<br>070<br>7100-00 | Absolute Resolutions V, LLC<br>c/o Recovery Management Systems<br>Corp | Unsecured | | $25,557.13 | $0.00 | $25,557.13 |

| | | EXH. C - DIDIER | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: December 08, 2015 |

Case Number:  15-14825
Debtor Name:  DIDIER, GRANT C.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | 25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | | | | | |
| 000008B<br>080<br>7300-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $370.26 | $0.00 | $370.26 |
| 000009<br>070<br>7100-00 | Ashley Funding Services, LLC its successors and<br>assigns as assignee of Laboratory Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $420.00 | $0.00 | $420.00 |
| 000010<br>070<br>7100-00 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $5,234.00 | $0.00 | $5,234.00 |
| 000011<br>070<br>7100-00 | Portfolio Recovery Associates, LLC successor to U.S. Bank National Association (US BANK)<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $18,682.54 | $0.00 | $18,682.54 |
| | Case Totals: | | | $1,218,100.38 | $0.00 | $1,218,100.38 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-14825  
Case Name: DIDIER, GRANT C.  
           DIDIER, REBECCA S.  
Trustee Name: Elizabeth C Berg, Trustee  

Balance on hand                                                                $          17,871.76

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 2,610.25 | $ 0.00 | $ 2,610.25 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 1,781.00 | $ 0.00 | $ 1,781.00 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 875.00 | $ 0.00 | $ 875.00 |

Total to be paid for chapter 7 administrative expenses     $          5,266.25  
Remaining Balance                                          $         12,605.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 14,533.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Internal Revenue Service | $ 13,609.35 | $ 0.00 | $ 11,803.95 |
| 000008A | Illinois Department of Revenue | $ 924.16 | $ 0.00 | $ 801.56 |
| | Total to be paid to priority creditors | | | $ 12,605.51 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,196,269.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Larry Holze | $ 520,000.00 | $ 0.00 | $ 0.00 |
| 000002 | JWD Enterprises/James W. Didier | $ 579,291.00 | $ 0.00 | $ 0.00 |
| 000003 | Discover Bank | $ 14,571.68 | $ 0.00 | $ 0.00 |
| 000005 | Capital One Bank (USA), N.A. by | $ 12,898.93 | $ 0.00 | $ 0.00 |
| 000006 | Capital One Bank (USA), N.A. by | $ 19,614.27 | $ 0.00 | $ 0.00 |
| 000007 | Absolute Resolutions V, LLC | $ 25,557.13 | $ 0.00 | $ 0.00 |
| 000009 | Ashley Funding Services, LLC its | $ 420.00 | $ 0.00 | $ 0.00 |
| 000010 | American InfoSource LP as agent for | $ 5,234.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Portfolio Recovery Associates, LLC | $ 18,682.54 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,031.07 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004B | Internal Revenue Service | $ 1,660.81 | $ 0.00 | $ 0.00 |
| 000008B | Illinois Department of Revenue | $ 370.26 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |