UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DIDIER, GRANT C. | § | Case No. 15-14825 |
| DIDIER, REBECCA S. | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 351,750.00 *(Without deducting any secured claims)* | Assets Exempt: 46,800.00 |
| Total Distributions to Claimants: 12,605.51 | Claims Discharged Without Payment: 1,963,924.62 |
| Total Expenses of Administration: 5,996.99 | |

3) Total gross receipts of $ 18,602.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 18,602.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 603,225.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,996.99 | 5,996.99 | 5,996.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 16,649.00 | 14,533.51 | 14,533.51 | 12,605.51 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,954,364.00 | 1,198,300.62 | 1,198,300.62 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,574,238.00 | $ 1,218,831.12 | $ 1,218,831.12 | $ 18,602.50 |

4) This case was originally filed under chapter 7 on 04/27/2015. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/15/2016            By: /s/Elizabeth C Berg, Trustee
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Prepetition RE Brokerage Commission from R. Didier | 1121-000 | 18,602.50 |
| **TOTAL GROSS RECEIPTS** | | **$ 18,602.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank N.A. 111 W. Monroe St. P.O. Box 755 Chicago, IL 60690 | | 34,325.00 | NA | NA | 0.00 |
| | First Community Bank 165 S. Randall Rd. Elgin, IL 60123 | | 70,776.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kane County Treasurer P.O. Box 4025 Geneva, IL 60134-4025 | | 11,250.00 | NA | NA | 0.00 |
| | Kane County Treasurer P.O. Box 4025 Geneva, IL 60134-4025 | | 0.00 | NA | NA | 0.00 |
| | Penny Mac Loan Services P.O. Box 660929 Dallas, TX 75266-0929 | | 486,874.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 603,225.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 2,610.25 | 2,610.25 | 2,610.25 |
| Associated Bank | 2600-000 | NA | 70.74 | 70.74 | 70.74 |
| DEPARTMENT OF THE TREASURY | 2810-000 | NA | 261.00 | 261.00 | 261.00 |
| IDOR | 2820-000 | NA | 399.00 | 399.00 | 399.00 |
| BALDI BERG | 3110-000 | NA | 1,781.00 | 1,781.00 | 1,781.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 875.00 | 875.00 | 875.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,996.99 | $ 5,996.99 | $ 5,996.99 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph St. Chicago, IL 60602 | | 350.00 | NA | NA | 0.00 |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn St. Chicago, IL 60604 | | 5,037.00 | NA | NA | 0.00 |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn St. Chicago, IL 60604 | | 1,612.00 | NA | NA | 0.00 |
| 000008A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 957.00 | 924.16 | 924.16 | 801.56 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | INTERNAL REVENUE SERVICE | 5800-000 | 8,693.00 | 13,609.35 | 13,609.35 | 11,803.95 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 16,649.00 | $ 14,533.51 | $ 14,533.51 | $ 12,605.51 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 982235 El Paso, TX 79998-2235 | | 3,468.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 982235 El Paso, TX 79998-2235 | | 23,531.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 982236 El Paso, TX 79998-2236 | | 49,628.00 | NA | NA | 0.00 |
| | Cabela's Visa- Worlds Foremost Bank P.O. Box 82609 Lincoln, NE 68501-2609 | | 4,089.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cadence Health P.O. Box 4090 Carol Stream, IL 60197-4090 | | 894.00 | NA | NA | 0.00 |
| | Chase Card P.O. Box 15298 Wilmington, DE 19850-5298 | | 17,427.00 | NA | NA | 0.00 |
| | Chase Card P.O. Box 15298 Wilmington, DE 19850-5298 | | 2,785.00 | NA | NA | 0.00 |
| | Chase Card Services P.O. Box 15298 Wilmington, DE 19850-5298 | | 19,707.00 | NA | NA | 0.00 |
| | Didier Development Inc. Debtor's address | | 571,522.00 | NA | NA | 0.00 |
| | Drs. Garb and McGuire 1710 N. Randall Rd. #250 Elgin, IL 60123-9408 | | 339.00 | NA | NA | 0.00 |
| | U.S, Dept. of Education P.O. Box 69184 Harrisburg, PA 17106-9184 | | 63,000.00 | NA | NA | 0.00 |
| | Urology LTD. 745 Fletcher Dr. #301 Elgin, IL 60123-4750 | | 251.00 | NA | NA | 0.00 |
| 000007 | ABSOLUTE RESOLUTIONS V, LLC | 7100-000 | 25,857.00 | 25,557.13 | 25,557.13 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 5,234.00 | 5,234.00 | 5,234.00 | 0.00 |
| 000009 | ASHLEY FUNDING SERVICES, LLC ITS SU | 7100-000 | 420.00 | 420.00 | 420.00 | 0.00 |
| 000005 | CAPITAL ONE BANK (USA), N.A. BY | 7100-000 | 12,899.00 | 12,898.93 | 12,898.93 | 0.00 |
| 000006 | CAPITAL ONE BANK (USA), N.A. BY | 7100-000 | 19,282.00 | 19,614.27 | 19,614.27 | 0.00 |
| 000003 | DISCOVER BANK | 7100-000 | 14,572.00 | 14,571.68 | 14,571.68 | 0.00 |
| 000002 | JWD ENTERPRISES/JAMES W. DIDIER | 7100-000 | 580,000.00 | 579,291.00 | 579,291.00 | 0.00 |
| 000001 | LARRY HOLZE | 7100-000 | 520,000.00 | 520,000.00 | 520,000.00 | 0.00 |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 19,459.00 | 18,682.54 | 18,682.54 | 0.00 |
| 000008B | ILLINOIS DEPARTMENT OF REVENUE | 7300-000 | NA | 370.26 | 370.26 | 0.00 |
| 000004B | INTERNAL REVENUE SERVICE | 7300-000 | NA | 1,660.81 | 1,660.81 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,954,364.00 | $ 1,198,300.62 | $ 1,198,300.62 | $ 0.00 |

**FORM 1 - GRANT & REBECCA DIDIER**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-14825 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | DIDIER, GRANT C. | | | Date Filed (f) or Converted (c): | 04/27/15 (f) |
| | DIDIER, REBECCA S. | | | 341(a) Meeting Date: | 06/01/15 |
| For Period Ending: | 02/15/16 | | | Claims Bar Date: | 09/04/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 39 W. 891 Silver Glen Rd., Saint Charles | 380,000.00 | 0.00 | | 0.00 | FA |
| 2. Two land locked stips of vacant land located on si | 100.00 | 100.00 | | 0.00 | FA |
| 3. Cash on Hand | 10.00 | 0.00 | | 0.00 | FA |
| 4. First American Bank checking account ending in #29 | 73.00 | 0.00 | | 0.00 | FA |
| 5. First American Bank checking account ending in #27 | 217.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods and Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Misc. prints | 200.00 | 200.00 | | 0.00 | FA |
| 8. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Costume jewelry, wedding bands | 500.00 | 0.00 | | 0.00 | FA |
| 10. Hobby and musical equipment<br>  3 guitars (10 years old and 40 years old), camping tent and bags, two 20 year old bikes, | 200.00 | 200.00 | | 0.00 | FA |
| 11. 100% shares of Didier Development Inc.<br>  Debtors former real estate development business which is now out of operation.  Corproation is the owner of certain rights to payment pursuant to a recapture agreement with the Downers Grove Sanitary | Unknown | 0.00 | | 0.00 | FA |

LFORM1

Ver: 19.05c

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 1 - GRANT & REBECCA DIDIER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-14825 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | DIDIER, GRANT C. | | | Date Filed (f) or Converted (c): | 04/27/15 (f) |
| | DIDIER, REBECCA S. | | | 341(a) Meeting Date: | 06/01/15 |
| | | | | Claims Bar Date: | 09/04/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| District dated 6/19/2008 providing for certain payments to the corporation upon sale of certain lots in Downers Grove, Il. The total possible payments owed to the corporation is $74,880. A second recapture agreement for different lots is in place with the Village of Lisle with a possilbe repayment to the corporation of $30,000. Debtors will provide copies of both to their Trustee. Trustee investigated corporation and determined corporation has no value. | | | | | |
| 12. Prepetition RE Brokerage Commission from R. Didier | 30,798.75 | 25,598.75 | | 18,602.50 | FA |
| Real Estate Commissions Received Post-Petition - Trustee collected commission on those sales which were closed. 3 of 6 transactions fell through and did not close. | | | | | |
| 13. 2002 Jeep Grand Cherokee 4wd with 143,000 miles | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. 2008 Toyota Camery LE with 93,300 miles | 6,550.00 | 0.00 | | 0.00 | FA |
| 15. Misc. office equipment | 1,500.00 | 0.00 | | 0.00 | FA |
| Equipment used in Debtors' real estate business. | | | | | |
| 16. TIMESHARE (u) | 0.00 | 0.00 | | 0.00 | FA |
| 1/3 interest-Fox River Resort | | | | | |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $424,148.75 | $26,098.75 | | $18,602.50 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

FORM 1 - GRANT & REBECCA DIDIER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No: | 15-14825    DRC    Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | DIDIER, GRANT C. | | Date Filed (f) or Converted (c): | 04/27/15 (f) |
| | DIDIER, REBECCA S. | | 341(a) Meeting Date: | 06/01/15 |
| | | | Claims Bar Date: | 09/04/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

February 15, 2016:  TDR prepared and submitted to UST for case closing.

December, 2015: Trustee reviewed claims and prepared TFR.

October 9, 2015:  Trustee recovered $18,000 in post-petition real estate commissions and investigated potential interest in future payments under recapture agreeement with local municipality. Determined insufficient to administer.  Trustee will review claims and prepare TFR

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

           /s/     Elizabeth C Berg, Trustee
_____ Date: 02/15/16
           ELIZABETH C BERG, TRUSTEE

FORM 2 - GRANT & REBECCA DIDIER  
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-14825 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | DIDIER, GRANT C. | Bank Name: | Associated Bank |
|  | DIDIER, REBECCA S. | Account Number / CD #: | *******6468 Checking Account |
| Taxpayer ID No: | *******2093 |  |  |
| For Period Ending: | 02/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/02/15 | 12 | FIRST AMERICAN BANK<br>REMITTER: REBECCA S. DIDIER<br>700 BUSSE RD.<br>ELK GROVE VILLAGE, IL 60007 | COMMISSIONS - REAL ESTATE | 1121-000 | 420.00 |  | 420.00 |
| 06/04/15 | 12 | FIRST AMERICAN BANK<br>REMITTER: REBECCA S. DIDIER<br>700 BUSSE RD.<br>ELK GROVE VILLAGE, IL 60007 | COMMISSIONS - REAL ESTATE | 1121-000 | 10,050.00 |  | 10,470.00 |
| 06/26/15 | 12 | FIRST AMERICAN BANK<br>REMITTER: REBECCA S. DIDIER<br>700 BUSSE RD.<br>ELK GROVE VILLAGE, IL 60007 | COMMISSIONS - REAL ESTATE | 1121-000 | 8,132.50 |  | 18,602.50 |
| 07/07/15 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 15.52 | 18,586.98 |
| 08/07/15 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 27.63 | 18,559.35 |
| 09/08/15 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 27.59 | 18,531.76 |
| 11/05/15 | 001001 | United States Treasury<br>Internal Revenue Service Center<br>Cincinnati, OH 45999-0148 | Estate's Federal 1041 Tax Liability<br>2015 Federal Tax Due<br>EIN: 47-7062093<br>2015 Form 1041 | 2810-000 |  | 261.00 | 18,270.76 |
| 11/05/15 | 001002 | Illinois Department of Revenue | Estate's State 1041 Tax Liability | 2820-000 |  | 399.00 | 17,871.76 |

Page Subtotals  18,602.50  730.74

Ver: 19.05c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page: 2

FORM 2 - GRANT & REBECCA DIDIER

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-14825 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | DIDIER, GRANT C. | | Bank Name: | Associated Bank |
| | DIDIER, REBECCA S. | | Account Number / CD #: | *******6468 Checking Account |
| Taxpayer ID No: | *******2093 | | | |
| For Period Ending: | 02/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 19053<br>Springfield IL 62794-9053 | 2015 State Tax Due for Estate | | | | |
| 01/12/16 | 001003 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Final Compensation | 2100-000 | | 2,610.25 | 15,261.51 |
| 01/12/16 | 001004 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | TR attorney's fees | 3110-000 | | 1,781.00 | 13,480.51 |
| 01/12/16 | 001005 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | TR Accountant Fees | 3410-000 | | 875.00 | 12,605.51 |
| 01/12/16 | 001006 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Claim 000004A, Payment 86.73% | 5800-000 | | 11,803.95 | 801.56 |
| 01/12/16 | 001007 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000008A, Payment 86.73% | 5800-000 | | 801.56 | 0.00 |

Page Subtotals     0.00     17,871.76

Ver: 19.05c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2 - GRANT & REBECCA DIDIER
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 15-14825 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | DIDIER, GRANT C. | | Bank Name: | Associated Bank |
| | DIDIER, REBECCA S. | | Account Number / CD #: | *******6468 Checking Account |
| Taxpayer ID No: | *******2093 | | | |
| For Period Ending: | 02/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 18,602.50 | 18,602.50 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 18,602.50 | 18,602.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 18,602.50 | 18,602.50 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - *******6468 | | 18,602.50 | 18,602.50 | 0.00 |
| | | | | | 18,602.50 | 18,602.50 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 19.05c

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*